**FILED**

APR 1 2 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHEN CORTEZ JR.,
    PETITIONER,

V.                                                                      Case No. A-23-CV-404-LY

STATE OF TEXAS,
    RESPONDENT.

## ORDER OF DISMISSAL

Before the court are Petitioner's Motion for Appointment of Counsel and Application to Proceed *In Forma Pauperis*. Petitioner requests the court to appoint him counsel to file an extension to file an "11.07" state application for *habeas corpus* relief. He also requests a copy of the state form. After consideration, this case is dismissed. Petitioner must seek relief in state court.

To the extent Petitioner may be requesting an extension of time to file a federal petition for writ of *habeas corpus*, the court is without jurisdiction to consider such request. "A federal court lacks jurisdiction to consider the timeliness of a § 2255 [or §2254] petition until a petition is actually filed." *United States v. McFarland*, 125 Fed. App'x 573 (5th Cir. 2005)(quoting *United States v. Leon*, 203 F.3d 162, 163 (2d Cir. 2000)).

It is therefore **ORDERED** that Petitioner's motions are **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and this case is **CLOSED**.

SIGNED this the 12th day of April 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE